# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

128936(46)

JEANINE A. GRANT,
        Plaintiff-Appellant,

v

AAA MICHIGAN, WISCONSIN, INC.,
a/k/a AUTO CLUB GROUP,
        Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128936
COA: 249720
Wayne CC: 01-143185-NF

On order of the Court, the motion for reconsideration of this Court's order of December 28, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

p0221